IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


GWITCHYAA ZHEE CORP., et al.          v.          CLARENCE ALEXANDER, et al.

JUDGE H. RUSSEL HOLLAND          CASE NO.   4:18-cv-0016-HRH


PROCEEDINGS:    ORDER FROM CHAMBERS


        The court is prepared to hear oral argument on the pending motion to dismiss by Zinke,[1] the motion for summary judgment by the Gwitchyaa Zhee Corporation,[2] and the motion for summary judgment by Clarence Alexander.[3]

        Counsel will please confer and, on or before October 17, 2019, advise the court as to which of the two following dates will be most convenient for the parties.  Oral argument will be scheduled on either November 8, 2019, at 10:00 a.m., or November 12, 2019, at 9:30 a.m., in Fairbanks, Alaska.  Counsel who would prefer not to attend the hearing in person may participate telephonically.

─────────────────

    [1]Docket No. 141.

    [2]Docket No. 153.

    [3]Docket No. 163.

Order from Chambers – Oral Argument to be Scheduled                                                    - 1 -